JONAH KUMALAE *v.* DAVID KALAUOKALANI, CLERK OF THE CITY AND COUNTY OF HONOLULU.

No. 1201.

MANUEL C. PACHECO *v.* DAVID KALAUOKALANI, CLERK OF THE CITY AND COUNTY OF HONOLULU,

No. 1202.

APPEALS FROM CIRCUIT COURT, FIRST CIRCUIT. HON. J. T. DeBOLT, JUDGE.

ARGUED JULY 5, 1919.          DECIDED JULY 5, 1919.

COKE, C. J., KEMP AND EDINGS, JJ.

ELECTIONS—*mandamus to compel issuance of certificate—defense.*
It is no defense to a *mandamus* proceeding to compel the can-

Opinion of the Court.

vassing officer to issue and deliver to petitioner a certificate of his election that one other than the petitioner has taken possession of and is holding the office for which petitioner sought a certificate of election.

OPINION OF THE COURT BY KEMP, J.

All of the questions presented by these appeals, with a single exception, were decided by us when the same cases were before us upon reserved questions and our opinion in those proceedings is here adopted as fully applicable to these appeals.

The new question here presented was raised by the refusal of the circuit judge to permit the respondent to amend his return so as to show that after the decision upon reserved questions and before the peremptory writ had been issued others than petitioners had taken possession of and were holding the offices for which they sought certificates of election.

In an oral decision rendered at the hearing we held that the action of the trial judge in refusing to allow the amendment constitutes no error and ordered the peremptory writs to issue from this court.

All that was said in our former opinion as to this not being a trial of the title to the office has direct application to this question and demonstrates that the circuit judge properly refused to grant respondent's request for permission to amend his return so as to show that fact. *Elisha Strong, Petitioner,* 20 Pick. (Mass.) 484-496.

The orders appealed from are affirmed.

*Watson & Clemons, Perry & Matthewman* and *C. M. Hite,* on the brief for petitioners.

*C. H. Olson (Castle & Withington* and *Robertson & Olson* on the brief) for respondent.

OPINION OF ·COKE, C. J., DISSENTING IN PART AND CONCUR-
RING IN PART.

I concur in the majority opinion of this court disposing
of the single new question presented by the appeals of re-
spondent. The request addressed to the circuit judge by
the respondent for permission to amend his return· so as
to show that after the decision upon the reserved ques-
tions and before the peremptory writ had been issued
others than petitioners had taken possession of, and were
holding, the offices for which petitioners sought certifi-
cates of election was properly denied by the circuit court.

The other questions involved in these appeals have been
disposed of in *Kumalae* v. *Kalauokalani* (No. 1195) and
*Pacheco* v. *Kalauokalani* (No. 1196), ante p. 1, where my
views, to which I adhere, are expressed.